Wesley HARRIS, Jr., Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7180.

United States Court of Appeals,
Federal Circuit.

May 4, 2007.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Diane TENNYSON, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2007–3156.

United States Court of Appeals,
Federal Circuit.

May 9, 2007.

Diane Tennyson, pro se.

## ON MOTION

### ORDER

Pursuant to the court's May 8, 2007 order granting Diane Tennyson's motion for leave to proceed in forma pauperis,

IT IS ORDERED THAT:

(1) The court's April 11, 2007 dismissal and the mandate be, and the same hereby are vacated and recalled, and the petition for review is reinstated.

(2) OPM should compute the due date for filing its brief from the date of filing of this order.